ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ZORIAN TEMPLE,<br>Defendant. | Case No. 1:24-cr-00279<br>[~~PROPOSED~~] ORDER |

Upon the parties' stipulation, and for good cause shown, a change of plea hearing is scheduled for defendant Zorian Temple for September 21, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The trial date and all remaining hearings dates are vacated. Time shall be excluded from August 6, 2026, through September 21, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE